# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | <u>IN PROCEEDINGS UNDER CHAPTER 13</u> |
| | : | |
| MAURICE NORMAN, AND | : | |
| MICHELLE NORMAN, | : | CASE NO. 20-14275-JPS |
| | : | |
| Debtors. | : | U.S. BANKRUPTCY JUDGE |
| | : | JESSICA PRICE SMITH |

### <u>NOTICE OF DEBTOR'S MOTION TO MODIFY UNCONFIRMED CHAPTER 13 PLAN</u>

**TO:   PARTIES IN INTEREST**:

The Debtors, Maurice Norman and Michelle Norman, have filed papers with the Court requesting to amend their Chapter 13 unconfirmed plan.

**YOUR RIGHTS MAY BE AFFECTED**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then, **on or before March 31, 2022**, you or your attorney must:

1. File with the Court a written objection or response to the Motion, explaining your

    position, at:

> Clerk of Court
> United States Bankruptcy Court
> Howard M. Metzenbaum, U.S. Courthouse
> 201 Superior Avenue
> Cleveland, Ohio 44114

If you mail your objection or response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. You must also mail a copy to:

> Arleesha Wilson, Esq.
> 600 Superior Avenue, Suite 1300
> Cleveland, Ohio 44114

Respectfully Submitted,

Date: March 10, 2022

/s/ Arleesha Wilson
Arleesha Wilson (0097351)
Attorney for Debtors
600 Superior Avenue, Suite 1300
Cleveland, Ohio 44114
(216) 688-7112
Email address: justice@attorneyawilson.com