# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| IN RE: | ) | IN PROCEEDINGS UNDER CHAPTER 13 |
|---|---|---|
| | ) | |
| MAURICE NORMAN, AND | ) | |
| MICHELLE NORMAN, | ) | CASE NO. 20-14275-JPS |
| | ) | |
| Debtors. | ) | U.S. BANKRUPTCY JUDGE |
| | ) | JESSICA PRICE SMITH |

## AMENDED NOTICE OF DEBTOR'S AMENDED MOTION TO SELL REAL ESTATE

**TO:  PARTIES IN INTEREST:**

The Debtors, Maurice Norman and Michelle Norman, have filed papers with the Court

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then, **on or before April 30, 2022**, you or your attorney must:

1. File with the Court a written objection or response to the Motion, explaining your position, at:

Clerk of Court
United States Bankruptcy Court
Howard M. Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, Ohio 44114

If you mail your objection or response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. You must also mail a copy to:

Arleesha Wilson, Esq.
600 Superior Avenue, Suite 1300
Cleveland, Ohio 44114

Respectfully Submitted,

/s/ Arleesha Wilson
_____

Date: April 9, 2022

/s/ Arleesha Wilson
Arleesha Wilson (0097351)
Attorney for Debtors
600 Superior Avenue, Suite 1300
Cleveland, Ohio 44114
(216) 688-7112
Email address:
justice@attorneyawilson.com

# CERTIFICATE OF SERVICE

I certify that on April 9, 2022, a true and correct copy of the foregoing was served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- Lauren A. Helbling, Esq., Chapter 13 Trustee, Ch13trustee@ch13cleve.com.
- Adam D. Jutte on behalf of Creditor Cuyahoga County Treasurer, ajutte@prosecutor.cuyahogacounty.us
- Molly Slutsky Simons on behalf of Creditor Greyt Estates, LLC, bankruptcy@sottileandbarile.com

And by regular U.S. mail, postage prepaid, on:

| | | |
|---|---|---|
| AT&T Corp<br>AT&T Svcs Inc<br>One AT&T Way Ste 3A104<br>Bedminster, NJ 07921 | Capital One<br>Attn Bankruptcy Dept<br>PO Box 30285<br>Salt Lake City, UT 84130-0287 | Capital One (Walmart)<br>Attn: Bankruptcy Dept<br>PO Box 30285<br>Salt Lake City, UT 84130-0287 |
| Capital One Bank (USA) N.A.<br>by American InfoSource as agent<br>PO Box 71083 | Cleveland Water Division<br>1201 Lakeside Avenue<br>Cleveland, OH 44114 | Comenity Bank (Ashley Stewart)<br>PO Box 182273<br>Columbus, OH 43218 |
| Comenity Bank (Victoria's Secret)<br>PO Box 182273<br>Columbus, OH 43218 | Comenity Bank (Wayfair)<br>PO Box 182273<br>Columbus, OH 43218 | Cuyahoga County Treasurer<br>c/o Justice Ctr - 9th Fl<br>1200 Ontario St<br>Cleveland, OH 44113 |
| Dominion Energy Ohio<br>PO Box 5759<br>Cleveland, OH 44101-0759 | CW Nexus Credit Card Holdings I,LLC<br>Resurgent Capital Svs<br>PO Box 10368<br>Greenville, SC 29603-0368 | Directtv LLC<br>by American InfoSource as agent<br>PO Box 5072<br>Carol Stream, IL |
| Merrick Bank<br>Attn Bankruptcy Dept<br>PO Bo 9201<br>Old Bethpage, NY 11804-9001 | Educational Credit Mgmt Corp<br>PO Box 16408<br>Saint Paul, MN 55116-0408 | |

| | | |
|---|---|---|
| Nel Net<br>PO Box 82505<br>Attn Claims<br>Lincoln, NE 68501-2505 | Illuminating Company<br>PO Box 3687<br>Akron, OH 44309-3687 | Navient<br>2001 Edmund Halley Dr<br>Reston, VA 20191 |
| Portfolio Recovery<br>PO Box 12914<br>Norfolk, VA 23541 | Nelnet on behalf of Ascendium Ed Solutio<br>PO Box 8961<br>Madison, WI 53708-8961 | Northeast Ohio Regional Sewer Dist<br>PO Box 94550<br>Cleveland, OH 44101 |
| The Illuminating Company<br>5001 NASA Blvd<br>Fairmont, WV 26554 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Spectrum<br>PO Box 901<br>Carol Stream, IL 60132 |

Respectfully submitted,

/s/ Arleesha Wilson
Arleesha Wilson (0097351)
Attorney for Debtors
600 Superior Avenue, Suite 1300
Cleveland, Ohio 44114
(216) 688-7112
Email address: justice@attorneyawilson.com