UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| In re: | MAURICE NORMAN | ) | Case No. 20-14275-jps |
|---|---|---|---|
| | MICHELLE NORMAN | ) | Chapter 13 Proceedings |
| | Debtor(s) | ) | Judge Jessica E. Price Smith |

**TRUSTEE'S OBJECTION TO ALLOWANCE OF POSTPETITION COURT CLAIM NO. 014 FILED BY 11305 FAMILY HOME LTD**

Now comes LAUREN A. HELBLING, the duly appointed and qualified Standing Chapter 13 Trustee ("Trustee") herein, and hereby objects to the allowance of a claim, pursuant to Section 11 U.S.C. § 704(a)(5). In support of her objection, the Trustee makes the following representation to the Court:

1. Trustee submits that Claim No. 14 filed by 11305 FAMILY HOME LTD c/o A. J. DINARDO is a postpetition claim. Trustee further submits that since the claim is a postpetition claim and is not allowed pursuant to Section 1305(a) of the Bankruptcy Code, it is improper and should not be allowed.

2. Therefore, the Trustee respectfully requests that an Order be entered directing Claim No. 14 be disallowed in its entirety.

WHEREFORE your Trustee, being a proper party in interest, hereby moves this Honorable Court to sustain her objection and disallow the claim for the reason cited.

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
ch13trustee@ch13cleve.com

# CERTIFICATE OF SERVICE

I certify that on 14th day of June 2022, true and correct copy of this Trustee's Objection to Allowance of Claim was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    ARLEESHA WILSON, on behalf Debtor(s) at justice@attorneyawilson.com

And by  X  regular U.S. mail, postage prepaid, and/or __ certified, return receipt on:

    11305 FAMILY HOME LTD, ATTN: OFFICER OR MANAGING AGENT, c/o AJ DINARDO 6034 CEDARWOOD RD, MENTOR ON THE LAKE, OH 44060

    11305 FAMILY HOME LTD c/o STEPHEN D HOBT ESQ., ATTN OFFICER OR MANAGING AGENT, 55 PUBLIC SQUARE #1675, CLEVELAND, OH 44113

 

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
ch13trustee@ch13cleve.com